# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
LAQUANDA LATRICE HUGHES
1740 LONDONVIEW PLACE
ANTIOCH, TN  37013

Case No.13-05370-KL3-13
CHAPTER 13

SSN XXX-XX-2887

**TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY**

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312-0000 | $300.00 | Continuing Debt<br>COSTED - OTHER CONT'G DEBTS<br>Disb Level: 21.00<br>ACCT:2700<br>COMM: PER A/O 08/29/14/2012<br>CHEVROLET CRUZE |
| Court's Claim# 31 | Trustee's Claim# 78 | DATE FILED: 10/07/2014 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

10/20/2014
DATE SENT

AMA
INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
MARK PODIS AND ASSOCIATES
1161 MURFREESBORO RD SUITE 300
NASHVILLE, TN  37217

LAQUANDA LATRICE HUGHES
1740 LONDONVIEW PLACE
ANTIOCH, TN  37013

CHAPTER 13 TRUSTEE